STEVEN MARZULLO, LTD.
STEVEN MARZULLO, ESQ.
Nevada Bar No: 2396
626 South Third Street
Las Vegas, Nevada 89101
Phone   (702) 382-2522
Fax   (702) 382-1198
Email: steven@stevenmarzullo.com
Attorney for Respondents,
Las Vegas Jaycees Senior Citizens
Mobile Home Community Corporation
and Sherry Polley

LISA M. SZYC., ESQ.
Nevada bar No.: 011726
626 South Third Street
Las Vegas, Nevada 89101
Phone   (702) 385-4994
Fax   (702) 385-5125
Email: lmslawnv@gmail.com
Attorney for Respondents
Las Vegas Jaycees Senior Citizens
Mobile Home Community Corporation
and Sherry Polley

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No.: 2:17-cv-02325-JCM-PAL |
| Petitioner, | ) |
| | ) **STIPULATION TO EXTEND** |
| | ) **RESPONDENTS' TIME TO REPLY TO** |
| | ) **PETITION AND [Proposed ORDER ]** |
| | ) |
| vs. | ) **1st Request** |
| | ) |
| LAS VEGAS JAYCEES SENIOR CITIZENS | ) |
| MOBILE HOME COMMUNITY | ) |
| CORPORATION and SHERRY POLLEY, | ) |
| | ) |
| Respondents. | ) |

**IT IS HEREBY STIPULATION and AGREED** by and between Elizabeth Singer, Director U.S. Attorneys' Fair Housing Program and Steven Marzullo, Esq. attorney for Respondents, Las Vegas Jaycees Senior Citizens Mobile Home Community Corporation and Sherry Polley that Respondents shall have one additional week in which to file a responsive pleading to Petitioner's Petition to Enforce Administrative Subpoena Issued by the United States Department of Housing and Urban Development. The Petition was filed on September 01, 2017. The Respondents responsive pleading was originally due on September 15, 2017. The Respondents shall now have up to and including September 22, 2017 to file a responsive pleading.

This Stipulation is entered into for the following reasons:

1. Counsel for the Respondents needs additional time to fully brief the matter.
2. That a hearing in the matter has not been scheduled and this continuance should not adversely affect any future court proceeding.

///

///

///

///

///

///

///

///

///

3. That neither party is adversely affected by this brief continuance.

4. That this is the first request to extend Respondents' time to file a responsive pleading.

DATED this 18th day of September, 2017     DATED this 18th day of September, 2017

**HOUSING AND CIVIL ENFORCEMENT**     **STEVEN MARZULLO, LTD.**

/s/: Max Lapertosa                    /s/: Steven Marzullo
_____       _____
MAX LAPERTOSA, ESQ.                   STEVEN MARZULLO, ESQ.
950 Pennsylvania Avenue, NW- NW Bldg  626 South Third Street
Washington, D.C. 20530                Las Vegas, Nevada 89101

## **ORDER**

IT IS HEREBY ORDERED that Respondents responsive pleading is now due by no later than September 22, 2017.

IT IS SO ORDERED.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

DATED: __September 19, 2017__