1 | STEVEN MARZULLO, LTD.
STEVEN MARZULLO, ESQ.
2 | Nevada Bar No: 2396
3 | 626 South Third Street
Las Vegas, Nevada 89101
4 | Phone (702) 382-2522
Fax (702) 382-1198
5 | Email: steven@stevenmarzullo.com
6 | Attorney for Respondents,
Las Vegas Jaycees Senior Citizens
7 | Mobile Home Community Corporation
and Sherry Polley
8 |

9 | LISA M. SZYC., ESQ.
Nevada bar No.: 011726
10 | 626 South Third Street
Las Vegas, Nevada 89101
11 | Phone (702) 385-4994
12 | Fax (702) 385-5125
Email: lmslawnv@gmail.com
13 | Attorney for Respondents
14 | Las Vegas Jaycees Senior Citizens
Mobile Home Community Corporation
15 | and Sherry Polley

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No.: 2:17-cv-02325-JCM-PAL |
| Petitioner, | ) |
| | ) **STIPULATION TO RESCHEDULE TIME** |
| | ) **OF HEARING REGARDING MOTION TO** |
| | ) **ENFORCE IRS SUMMONS** |
| | ) |
| vs. | ) |
| | ) |
| LAS VEGAS JAYCEES SENIOR CITIZENS | ) |
| MOBILE HOME COMMUNITY | ) |
| CORPORATION and SHERRY POLLEY, | ) |
| | ) |
| Respondents. | ) |

**IT IS HEREBY STIPULATION and AGREED** by and between Max Lapertosa, Esq. U.S. Attorneys Fair Housing Program and Steven Marzullo, Esq. attorney for Respondents, Las Vegas Jaycees Senior Citizens Mobile Home Community Corporation and Sherry Polley that the Hearing on the Motion to Enforce IRS Summons currently set for October 10, 2017 at 2:30 p.m. can be reset to 3:30 p.m. that same day.

This Stipulation is entered into for the following reasons:

1. Counsel for the Respondents is scheduled for a Boulder City, Nevada hearing at 1:00 p.m. that cannot be postponed.

DATED this 4th day of October, 2017       DATED this 4th day of October, 2017

**HOUSING AND CIVIL ENFORCEMENT**       **STEVEN MARZULLO, LTD.**

/s/: Max Lapertosa                       /s/: Steven Marzullo
_____                 _____
MAX LAPERTOSA, ESQ.                      STEVEN MARZULLO, ESQ.
950 Pennsylvania Avenue, NW- NW Bldg.    626 South Third Street
Washington, D.C. 20530                   Las Vegas, Nevada 89101

## **ORDER**

IT IS HEREBY ORDERED that the hearing on the Motion to Enforce IRS Summons is continued in time only to 3:30 p.m. on October 10, 2017.

IT IS SO ORDERED.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

DATED: October 6, 2017