JOHN M. GORE
Acting Assistant Attorney General
SAMEENA SHINA MAJEED
Chief
ELIZABETH SINGER
Director, U.S. Attorneys' Fair Housing Program
MAX LAPERTOSA
Trial Attorney
Housing and Civil Enforcement Section
Civil Rights Division
950 Pennsylvania Avenue, NW – G Street
Washington, DC 20530
Tel: (202) 305-1077
Fax: (202) 514-1116
Email: Max.Lapertosa@usdoj.gov

STEVEN W. MYRHE
Acting United States Attorney
HOLLY A. VANCE
Assistant United States Attorney
District of Nevada
100 West Liberty Street, Suite 600
Reno, NV 89501
Tel: (775) 784-5438
Email: holly.a.vance@usdoj.gov

Attorneys for Petitioner,
United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) Case No. 2:17-cv-2325-JCM-PAL |
| vs. | ) JOINT STIPULATION AND PROPOSED ORDER TO DISMISS PETITION TO ENFORCE ADMINISTRATIVE SUBPOENA ISSUED BY THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT AND TO VACATE HEARING |
| LAS VEGAS JAYCEES SENIOR CITIZENS MOBILE HOME COMMUNITY CORPORATION and SHERRY POLLEY, | |
| Respondents. | ) |

1  WHEREFORE, on September 1, 2017, the United States filed this action, styled as a Petition
2  to enforce an administrative subpoena issued by the U.S. Department of Housing and Urban
3  Development (HUD) (ECF No. 1);
4  
5  WHEREFORE, a hearing on the United States' Petition was scheduled for October 10, 2017;
6  WHEREFORE, the parties, appearing before this Court on the above hearing date, requested
7  that the Court continue this hearing until January 16, 2018, in order to facilitate settlement of this
8  action;
9  WHEREFORE, the Court granted this request (ECF No. 18);
10 WHEREFORE, it now appears that Respondents have complied with the HUD administrative
11 subpoena and that no further action is warranted; and
12 WHEREFORE, the parties hereby stipulate that this action should be dismissed with prejudice
13 and the January 16, 2018 hearing should be vacated;
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ACCORDINGLY, the parties respectfully request that the Court issue an order dismissing this action with prejudice and vacating the January 16, 2018 hearing.

Dated:  December 19, 2017

JOHN M. GORE
Acting Assistant Attorney General

_s/ Max Lapertosa_
SAMEENA SHINA MAJEED
Chief
ELIZABETH SINGER
Director, U.S. Attorneys' Fair Housing Program
MAX LAPERTOSA
Trial Attorney
U.S. Department of Justice
Civil Rights Division
Housing and Civil Enforcement Section
950 Pennsylvania Ave. NW – G St.
Washington, DC  20530
Tel:  (202) 305-1077
Fax:  (202) 514-1116
Email:  max.lapertosa@usdoj.gov

Attorneys for Petitioner,
United States of America

Dated:  December 19, 2017

STEVEN MARZULLO, LTD.

_s/ Steven Marzullo (by express permission)_
Steven Marzullo, Esq.
626 South Third Street
Las Vegas, NV  89101
Tel:  (702) 382-2522
Fax:  (702) 382-1198
Email:  steven@stevenmarzullo.com

Attorney for Respondents,
Las Vegas Jaycees Senior Citizens Mobile Home Community Corporation and Sherry Polley

**ORDER**

IT IS SO ORDERED.

DATED: December 28, 2017.

_____
UNITED STATES DISTRICT JUDGE